**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7209**

---

MICHAEL A. MAJETTE,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE, Director; DOCTOR IBARRA;
K. V. MCWATERS, Head Nurse; W. E. MARTIN,
Chief, Internal Affairs Unit; FRED SCHILLING,
Doctor, Health Services; RUFUS FLEMING,
Regional Director,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-96-994-AM)

---

Submitted:  March 13, 1997          Decided:  May 2, 1997

---

Before HALL, ERVIN, and WILKINS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Michael A. Majette, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Majette, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A(b)(1) (West Supp. Sept. 1996, Pamphlet 3). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Majette v. Angelone, No. CA-96-994-AM (E.D. Va. July 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED